536 A.2d 1326

**Gale Gene TURNER, Administrator of the Estate of Dale Allen Turner, Deceased, and all others similarly situated, Respondents,**

**v.**

**PENNSYLVANIA NATIONAL INSURANCE GROUP, Petitioner.**

Supreme Court of Pennsylvania.

Feb. 4, 1988.

## ORDER

PER CURIAM.

AND NOW, this 4th day of February, 1988, the petition for allowance of appeal is granted. The order of the

Superior Court, 357 Pa.Super. 644, 513 A.2d 1082, is reversed. (*See Cunningham v. Insurance Company of North America,* 515 Pa. 486, 530 A.2d 407 (1987)).

LARSEN, J., files a dissenting statement.

LARSEN, Justice, dissenting.

I dissent from the per curiam reversal of the Superior Court on the basis of my opinion in *Cunningham v. Insurance Company of North America,* 515 Pa. 486, 530 A.2d 407 (1987).